IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| | § 1:07-CR-066-P |
| v. | § |
| | § |
| WALTER EARL SMITH, II (1) | § |

ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions and Recommendation in this case. Objections were not filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge regarding the prison term of Twelve (12) months and no additional term of supervised release imposed.

SO ORDERED this 21st day of April, 2016.

JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE